**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL A. MULLER,<br><br>        Plaintiff,<br><br>  v.<br><br>MORONGO CASINO, RESORT,<br>AND SPA; ET AL.,<br><br>        Defendants. | Case No. EDCV 14-02308-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 17, 2015

                                        VIRGINIA A. PHILLIPS
                             United States District Judge